U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MAY 15 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 1:07cv0154 |
| VS. | * | JUDGE DRELL |
| HUGH GRAY AND ROSALEE TYLER GRAY | * | MAGISTRATE JUDGE SHEMWELL |

### JUDGMENT IN REM

The defendants having been duly served, more than the required number of days having elapsed, and defendants having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor thereof,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment _in rem_ in favor of Plaintiff, United States of America, and against defendants, HUGH GRAY and ROSALEE TYLER GRAY, jointly, severally and in solido, for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. §1961, as follows:

| | |
|---|---|
| Unpaid principal balance of $61,900.00 note dated September 20, 1990 (44-02) | $ 16,176.70 |
| Accrued interest as of October 19, 2006 | 10,424.99 |
| Plus interest thereafter at the note rate of 6% until date of judgment | |
| Unpaid principal balance of $53,380.00 note dated November 20, 1991 (44-03) | $ 16,984.65 |

|  |  |
|---|---|
| Accrued interest as of October 19, 2006 | 16,337.86 |

Plus interest thereafter at the note rate of 5% until date of judgment

|  |  |
|---|---|
| Unpaid principal balance of $35,500.00 note dated February 6, 1981 (43-33) | $ 48,498.26 |
| Accrued interest as of October 19, 2006 | 36,548.32 |

Plus interest thereafter at the note rate of 4.50% until date of judgment

|  |  |
|---|---|
| Unpaid principal balance of $9,935.98 note dated September 20, 1990 (43-34) | $ 9,935.98 |
| Accrued interest as of October 19, 2006 | 7,487.76 |

Plus interest thereafter at the note rate of 4.50% until date of judgment

|  |  |
|---|---|
| Unpaid principal balance of $3,995.30 note dated September 20, 1990 (43-45) | $ 3,995.30 |
| Accrued interest as of October 19, 2006 | 7,066.64 |

Plus interest thereafter at the note rate of 11% until date of judgment

with full recognition and maintenance of Plaintiff's special mortgage, lien and privilege upon the following described property, to-wit:

| No. | Item | Manufacturer | Size/Type | Serial No. |
|---|---|---|---|---|
| 1 | Tractor | John Deere | 4840 | 012923RW4840P |
| 1 | Planter | John Deere | 5100 | - |
| 1 | Disk | IHC | 490 | - |
| 1 | Tractor | John Deere | 4620 | 010529R |

property situated in the State of Louisiana, Parish of __CONCORDIA__

Beginning at the northeast corner of Lot 7 of the Subdidision of Windmere Plantation, as shown by map of Survey made by J. P. Sessions, Registered C. E. recorded in Noratial Book "VV", page 594, and from this Point of beginning run thence S 40 degrees, 45' E along the boundary between Lots 6 & 7 of said subdivision, 64.75 chains; thence S 49 degrees 15' W, 5.30 chains to a point of the boundary line between Lots 7 & 8 of said Subdivision; thence N 40 degrees 45' W along said boundary line 53.96 chains to the northeast corner of Lot 8; thence N 45 degrees 00' W along the western boundary of Lot 7; 11.65 chains to the northwestern corner of Lot 7; thence N 56 degrees 56' E along the northern boundary of Lot 7, 6.22 chains back to the point of beginning; containing 35 acres, more or less, together with all the buildings and improvements thereon. All rights, ways, privileges and appurenances thereunto belonging or in any manner appertaining to.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the said hereinabove described property be seized and sold by the United States Marshal for the Western District of Louisiana, at public auction, <u>without appraisement</u>, for cash, to the highest bidder, and that out of the proceeds of said sale Plaintiff be paid by preference and priority over all other persons whomsoever, the amount of the claim with interest; and that the amount realized from said sale be recognized as full satisfaction of the judgment herein. Plaintiff shall have no right to proceed against defendants for any deficiency judgment.

Finally, IT IS ORDERED that plaintiff have judgment for all costs of this proceeding.

JUDGMENT RENDERED AND SIGNED in ~~Shreveport~~ ALEXANDRIA, Louisiana, this 15 day of May, 2007.

JUDGE ~~CLERK~~, UNITED STATES DISTRICT COURT